**ORIGINAL**

# United States Court of Federal Claims

No. 15-456 C
July 24, 2015

CHARLES D. COPELAND,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**FILED**
JUL 2 4 2015
U.S. COURT OF FEDERAL CLAIMS

### ORDER DISMISSING CASE

Before the court is defendant's summary motion to dismiss for lack of subject jurisdiction, filed on July 2, 2015 pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC").

Plaintiff, proceeding *pro se*, filed a complaint on May 4, 2015. Plaintiff appears to allege that the American Postal Workers Accident Benefit Association, a fraternal, non-profit insurance association organized by United States postal workers, and Sun Life and Health Insurance Company, a private financial company, breached a contractual duty to pay him disability benefits. Additionally, plaintiff has filed a motion to proceed *in forma pauperis*.

This court's authority to hear cases is primarily defined by the Tucker Act, which grants this court subject matter jurisdiction over claims against the United States that are founded on a money-mandating source of law and do not sound in tort. 28 U.S.C. § 1491(a)(1). This court does not have jurisdiction to entertain claims against private parties. *Id.*

In consideration of the above, plaintiff's COMPLAINT is hereby DISMISSED pursuant to RCFC 12(b)(1). Additionally, the MOTION to proceed *in forma pauperis* is GRANTED. The Clerk is directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED**.

*/s/ Lawrence J. Block*
Lawrence J. Block
Judge